# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GABRIEL MORALES-MADERA,<br>  **Petitioner**<br><br>           v.<br><br>UNITED STATES OF AMERICA,<br>  **Respondent** | **CIVIL NO.** 05-1441 (JAG) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is an unopposed Report and Recommendation issued by Magistrate Judge Marcos E. Lopez on January 17, 2008. (Docket No. 22). In said Report and Recommendation the Magistrate Judge recommends that petitioner Gabriel Morales-Madera's ("petitioner") Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 (Docket Nos. 1, 3), as amended and/or supplemented (Docket Nos. 6,14), be denied. Petitioner did not file objections to the Magistrate-Judge's Report and Recommendation within the time frame provided by this Court's Local Rules. See D.P.R. Local Civ. R. 72(d).

After reviewing the record, the Court agrees with the arguments and legal conclusions within the Report and Recommendation. Therefore, the Court hereby ADOPTS the Report and Recommendation in its entirety and accordingly, DENIES petitioner's motion. Judgment dismissing the case shall enter accordingly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 8th day of February, 2008.

                                    S/Jay A. Garcia-Gregory
                                    JAY A. GARCIA-GREGORY
                                    United States District Judge